UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIALA YU,

Plaintiff,

-against-

DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

**ORDER OF SERVICE**

26-CV-06999 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue a summons as to the following Defendants: i) "Joseph Edlow, Director, U.S. Citizenship and Immigration Services"; ii) "Zoraida Gomez, Director, USCIS New York City Field Office"; iii) "Markwayne Mullin, Secretary of U.S. Department of Homeland Security"; and iv) "Pamela Bondi, Attorney General of the United States". Plaintiff is directed to serve the summons and complaint on the defendants within 90 days of the issuance of the summons.[1] If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated: October 30, 2026
White Plains, New York

PHILIP M. HALPERN
United States District Judge

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summons is issued.